FAITH ASTRADA, Respondent, v HULBERT ARCHER, Defendant, and REGINA FELTON, Appellant.

Submitted May 3, 2010; decided June 15, 2010

Motion, insofar as it seeks leave to appeal from that portion of the March 2010 Appellate Division order that affirmed Supreme Court's order granting the motion to hold appellant in contempt, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.